IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLARA PACIULETE,** | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 25-CV-4896** |
| | : | |
| **ANTHONY FAHN, aka/PACIULETE,** | : | |
| *et al.*, | : | |
|     Defendants. | : | |

| | | |
|---|---|---|
| **CLARA PACIULETE,** | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 25-CV-5472** |
| | : | |
| **ANTHONY A. PACIULETE,** | : | |
|     Defendant. | : | |

**ORDER**

AND NOW, this 10th day of October 2025, upon consideration of Plaintiff Clara Paciulete's filings in *Paciulete v. Fahn, et al.,* Civil Action No. 25-4896 (E.D. Pa.): *pro se* Complaint (ECF No. 1), Emergency Motion for Temporary Restraining Order (ECF No. 3), Motion for Emergency Injunctive Relief (ECF No. 4), and Motion to Seal Proceedings (ECF No. 5); and in further consideration of Paciulete's filings in *Paciulete v. Paciulete*, Civil Action No. 25-5472 (E.D. Pa.): Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), Petitions for Emergency Relief (ECF No. 3) and Protective Order (ECF No. 8), and Motions to Seal (ECF No. 9) and Emergency Temporary Support (ECF No. 10), it is **ORDERED** that:

1. Paciulete's Complaint in Civ. A. No. 25-4896 (ECF No. 1) is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying Memorandum, as follows:

   a. Paciulete's request for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE.**

   b. Paciulete's claim for mandamus relief is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

   c. Paciulete's claims against "John/Jane Does #1-50: unknown actors engaged in surveillance, retaliation, or collusion" are **DISMISSED WITH PREJUDICE** as frivolous.

   d. All other federal law claims are **DISMISSED WITH PREJUDICE** for failure to state a claim.

   e. All state claims are **DISMISSED** for lack of subject matter jurisdiction. This dismissal is without prejudice, so Paciulete can file these claims in the appropriate state court if she chooses to do so. The Court expresses no opinion on the merits of any such lawsuit.

2. Paciulete's Motions in Civ. A. No. 25-4896 seeking a Temporary Restraining Order (ECF No. 3), Emergency Injunctive Relief (ECF No. 4), and to Seal the Proceedings (ECF No. 5) are **DENIED**.

3. Paciulete's Motion for Leave to Proceed *in forma pauperis* in Civ. A. No. 25-5472 (ECF No. 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

4. The Complaint in Civ. A. No. 25-5472 is **DEEMED** filed.

5. The Complaint in Civ. A. No. 25-5472 is **DISMISSED WITHOUT PREJUDICE** for the reasons provided in the Court's accompanying Memorandum.

3

6. Paciulete's Motions in Civ. A. No. 25-5472 for Emergency Relief (ECF No. 3), for a Protective Order (ECF No. 8), to Seal the Proceedings (ECF No. 9), and for Emergency Temporary Support (ECF No. 10) are **DENIED**.

7. The Clerk of Court is **DIRECTED** to unseal both of these civil actions but continue to restrict access to Civil Action No. 25-4896 ECF Nos. 9, 10, and 11, and to Civil Action No. 25-5472 ECF Nos. 1-11 to court users only because the documents filed within contain Personally Identifiable Information.

8. The Clerk of Court shall **CLOSE** both of these cases.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, J.**